

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JACQUELINE HELGESON, individually )
and on behalf of a class of employees )
similarly situated, )
)
Plaintiff, )
)
vs. ) No. 07 C 5706
)
HOLLYWOOD BLVD CINEMA LLC )
and TED E.C. BULTHAUP, III. )
)
Defendants. )

### MEMORANDUM OPINION AND ORDER

Plaintiff Jacqueline Helgeson filed suit against defendants Hollywood Blvd Cinema LLC and Ted E.C. Bulthaup, III (collectively "defendants") for violations of the Fair Labor Standards Act ("FLSA"), the Illinois Minimum Wage Law and the Illinois Wage and Payment Collection Act. Defendants move to strike what they believe are state law class action claims because, they argue, those "opt out" class claims are preempted by the text and the spirit of the FLSA. Plaintiff counters that she has not raised any state law class claims, nor plead the requisite facts to support a state law class action. Since we agree that plaintiff's complaint does not allege a class action for its state law claims, defendants' motion is denied as moot.

The parties also argue over whether plaintiff has alleged a claim for overtime, or a class claim for retaliation under FLSA. The parties appear to agree that neither claim has yet been alleged. Defendants want a declaration to that effect, arguing that plaintiff's changing tactics are a "moving target." Plaintiff argues that she still does not have sufficient information to determine whether she can plead an overtime claim, or whether other former employees allegedly suffered retaliation at the hands of defendants. We agree that the complaint does not

currently allege either claim, but that through the discovery process plaintiff may uncover facts that would cause her to move to amend her complaint. We will not foreclose such a possibility out of hand, but since that issue is not currently before us, we do not address it.

## CONCLUSION

For the foregoing reasons, defendants' motion to strike is denied as moot.

JAMES B. MORAN
Senior Judge, U. S. District Court

July 4, 2008.